UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
UNITED STATES OF AMERICA                :

SI
# 07 CR 856   (JFK)

-V-

Alexandro Sanchez, Fredy
Sanchez and Jesus Sanchez
-------------------------------------------X

Please be advised that the (conference)/sentence scheduled for July 23, 2008 has been rescheduled to August 13, 2008 at 10:15 am in Courtroom 20-C. The time is excluded.

SO ORDERED.

Dated: New York, New York
       June 23, 2008

_____
JOHN F. KEENAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-23-2008