

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-23-2008

**LISA SCOLARI**
Attorney at Law
20 Vesey Street, Suite 400
New York, New York 10007
lscolarilaw@earthlink.net

TEL 212-227-8899                                                                   FAX 212-964-2926

June 15, 2008

Hon. John F. Keenan
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

JUN 13 2008

Re: **U.S. v. Freddy Sanchez Rivera**
07 Cr. 856 (JFK)

Your Honor:

I write to request additional time within which to file motions on behalf of Freddy Sanchez Rivera. I have been engaged in the trial of *United States v. Damain Brown, et.al.* before Judge Rakoff since June 9, 2008 and expect to be so engaged for at least another week. As Judge Rakoff works with the jury five days a week from 9:00 a.m. to 5:00 p.m. and addresses legal issues with counsel thereafter, I have not been able to speak with Eugene Ingoglia, Esq. about this request. Therefore I am unable to suggest a new motion schedule at this time.

Very truly yours,

Lisa Scolari

cc: Eugene Ingoglia, Esq.

```
The motion schedule is amended as follows:
Defendant's motions are due by July 9, 2008.
The Government's response is due by July 30,
2008.  Defendant's reply, if any, is due by
August 6, 2008.  The time is excluded.

SO ORDERED.
Dated:    New York, New York
          June 23, 2008.
```
                                                                                    John F. Keenan
                                                                                    U.S.D.J.