UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
UNITED STATES OF AMERICA

S/
# 07 CR 856 (JFK)

     -V-

Alexandro Sanchez, Fredy Rivera Sanchez and Jesus Sanchez
-------------------------------------------------X

Please be advised that the ~~conference~~/sentence scheduled for August 13, 2008 has been rescheduled to August 14, 2008 at 10:30 am in Courtroom 20-C.

SO ORDERED.

Dated: New York, New York
     July 3, 2008

_____
JOHN F. KEENAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-3-08